UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MFALME EL BEY,

    Plaintiff,

v.

CITY OF CENTRALIA, TOM ASHBY, DAVID SAUER, WILLIAM "BILL" SMITH, HOWARD JONES, BOBBY PATTON, BRIAN ATCHISON, GREG DODSON, MICHAEL PEEBLES, MARION COUNTY SHERIFF DEPARTMENT, RICH STEVENSON, ANTHONY DECKER, MARK MILLER, STEVE FOX and JOHN DOES 1-5,

    Defendants.

Case No. 19-cv-476-JPG-MAB

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** August 29, 2019

                                          **MARGARET M. ROBERTIE, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**